UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CR-20104-UNGARO

UNITED STATES OF AMERICA

vs.

EDGAR MARTIN-RAMIREZ,

    Defendant.
_____/

## FACTUAL PROFFER

    The United States of America and Edgar Martin-Ramirez (the "Defendant") agree that had this case gone to trial, the United States would have proven the following facts, which pertain to a violation of Title 8, United States Code, Section 1326(a), and which occurred in the Southern District of Florida and elsewhere.

    The Defendant is a native and citizen of Mexico. On or about November 25, 2012, immigration officials in Arizona encountered the Defendant, who then admitted under oath that he had crossed into the United States without legal authorization by jumping a border fence near Sells, Arizona. Accordingly, authorities removed the Defendant from the United States on or about November 27, 2012.

    On or about June 24, 2014, immigration officials in Florida encountered the Defendant, who was again present in the United States without legal authorization. Consequently, the Defendant was removed from United States for a second time on or about July 3, 2014. A photograph of the Defendant taken in conjunction with his July 2014 removal from the United States matched a photograph of the Defendant taken in conjunction with his November 2012 removal from the United States.

On or about March 24, 2019, immigration officials received notice that the Defendant had been arrested in Miami-Dade County, in the Southern District of Florida, where the Defendant was voluntarily present without legal authorization to be in the United States. The Defendant's fingerprints taken in conjunction with this March 2019 arrest matched the Defendant's fingerprints taken in conjunction with his November 2012 removal from the United States. Finally, government records do not reflect any application by the Defendant for readmission to the United States, or that either the Attorney General of the United States or the Secretary of Homeland Security have ever consented to the Defendant's application for readmission to the United States.

These are not the only facts known to the United States in this matter, nor are they all the facts the United States would have presented had this case gone to trial. The parties stipulate that these facts prove the sole count of the Indictment beyond a reasonable doubt.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 12-4-20     By: _____
                       KARLA ALBITE
                       ASSISTANT UNITED STATES ATTORNEY

Date: 12-4-20     By: _____
                       DANIEL ECARIUS
                       ATTORNEY FOR DEFENDANT

Date: 12-4-20     By: _____
                       EDGAR MARTIN-RAMIREZ
                       DEFENDANT

2